UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEVEN V. SHOLA, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   1:17-cv-00147-NT |
| | ) |
| RANDY SCHOOLS, et al., | ) |
| | ) |
|     Defendants | ) |

**ORDER TO SHOW CAUSE**

On April 25, 2017, Plaintiff filed a complaint in this Court, (ECF No. 1), together with a Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 3). Because the motion was incomplete, on April 26, 2017, the Court ordered Plaintiff to file a new Motion for Leave to proceed *In Forma Pauperis* on or before May 17, 2017, with a properly certified copy of his prison account ledger. (ECF No. 4.)

On May 10, 2017, Plaintiff provided a properly completed Motion for Leave to proceed *In Forma Pauperis.* (ECF No. 5.) On May 15, 2017, the Court granted the motion and ordered in pertinent part: "Plaintiff is **DIRECTED** to notify the court no later than June 5, 2017, whether he intends to incur the cost of the filing fee and proceed with this action, or whether he intends to forego this litigation at this time. If Plaintiff elects to proceed, he shall clearly indicate in writing that he understands his obligation to pay the full $350.00 filing fee as funds are available, and that he nevertheless wishes to proceed with the action. Failure to fully comply with this order will result in the issuance of a recommendation to dismiss the complaint." (ECF No. 6) (emphasis in original).

To date, Plaintiff has not complied with the Court's order. In particular, Plaintiff has not informed the Court whether he intends to incur the cost of the filing fee and proceed with this action. Accordingly, the Court orders that on or before July 7, 2017, Plaintiff shall show cause in writing as to why he has failed to comply with the Court's order. If Plaintiff fails to show cause, Plaintiff's complaint could be dismissed.

                                            /s/ John C. Nivison
                                            U.S. Magistrate Judge

Dated this 23rd day of June, 2017.