## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| STEVEN V. SHOLA, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:17-cv-147-NT |
| | ) |
| RANDY SCHOOLS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Plaintiff having failed to show any cause in response to this Court's Order of June 23, 2017, why this action should not be dismissed; **IT IS HEREBY ORDERED** that this action be and it is **DISMISSED** as to all remaining defendants.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 20th day of July, 2017.